**Dismiss and Opinion Filed May 11, 2016**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

_____

### No. 05-15-00965-CV
_____

**STATE OF TEXAS AND CARLOS CASCOS, IN HIS OFFICIAL CAPACITY AS TEXAS SECRETARY OF STATE, Appellants**

**V.**

**LAWRENCE EDWARD MEYERS AND MYRTIS EVANS, Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-09939**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Myers
Opinion by Justice Bridges

While appellants' interlocutory appeal from their plea to the jurisdiction was pending in this Court, appellees filed a nonsuit. We conclude the nonsuit deprived this Court of jurisdiction. We dismiss this interlocutory appeal for want of jurisdiction.

Lawrence Edward Meyers[1] and Myrtis Evans filed suit against the State of Texas, Carlos Cascos in his official capacity as Texas Secretary of State, and Toni Pippins-Poole in her official capacity as Dallas County Elections Administrator. The suit challenged the constitutionality of the election code provisions requiring an acceptable form of photographic identification before voting (the Voter ID law). *See* TEX. ELEC. CODE ANN. §§ 63.001-63.011 (West Supp. 2015).

_____

[1] The record shows Meyers is identified as Judge Meyers of the Texas Court of Criminal Appeals.

The State, Cascos, and Pippins-Poole filed a plea to the jurisdiction, which the trial court denied, and then brought an interlocutory appeal.

Following oral argument in this Court, Meyers and Evans filed a nonsuit in the trial court. The State and Cascos filed a notice advising this Court of the nonsuit. The nonsuit deprived this Court of jurisdiction. *Univ. of Tex. v. Estate of Blackmon*, 195 S.W.3d 98, 100-01 (Tex. 2006) (nonsuit extinguishes case or controversy from "the moment the motion is filed" or oral motion made in open court).

Accordingly, we dismiss this interlocutory appeal for want of jurisdiction.

/David L. Bridges/

DAVID L. BRIDGES

150965F.P05                         JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

STATE OF TEXAS AND CARLOS
CASCOS, IN HIS OFFICIAL CAPACITY
AS TEXAS SECRETARY OF STATE,
Appellants

No. 05-15-00965-CV     V.

LAWRENCE EDWARD MEYERS AND
MYRTIS EVANS, Appellees

On Appeal from the 134th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-14-09939.
Opinion delivered by Justice Bridges.
Justices Francis and Myers participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED** for want of jurisdiction.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered May 11, 2016.